**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CORY M. FORD, ESQ.
Nevada Bar No. 15042
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| ANGELA EVANS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | CASE NO: 2:20-cv-01919-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE HER RESPONSE TO DEFENDANT NYE COUNTY SHERIFF'S OFFICE'S PARTIAL MOTION TO DISMISS**<br><br>*(First Request)* |

WHEREAS Defendant NYE COUNTY SHERIFF'S OFFICE filed its *Partial Motion to Dismiss* ("Motion to Dismiss") on November 12, 2020 (ECF No. 7).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for Plaintiff to file her Response to *Defendant Nye County Sheriff's Office's Motion to Dismiss*. The current deadline for Plaintiff to respond to the Motion to Dismiss is November 27, 2020. The new deadline for Plaintiff to respond to the Motion to Dismiss will be December 7, 2020.

. . .

. . .

. . .

This extension is the first request and is not for the purpose of delay but rather because plaintiff's counsel had unforeseen litigation and administrative issues that have prevented counsel from being able to draft the response sooner.

**IT IS SO STIPULATED.**

DATED this  17th  day of November, 2020.     DATED this 17th day of November, 2020.

**LAGOMARSINO LAW**                          **MARQUIS AURBACH COFFING**

 /s/ Andre M. Lagomarsino                     /s/ James A. Beckstrom
ANDRE M. LAGOMARSINO, ESQ. (#6711)           CRAIG R. ANDERSON, ESQ. (#6882)
CORY M. FORD, ESQ. (#15042)                  JAMES A. BECKSTROM, ESQ. (#14032)
3005 W. Horizon Ridge Pkwy., #241            10001 Park Run Drive
Henderson, Nevada 89052                      Las Vegas, Nevada 89145
Telephone: (702) 383-2864                    Telephone: (702) 382-0711
*Attorneys for Plaintiff Angela Evans*       *Attorneys for Defendant Nye County*
                                             *Sheriff's Office & David Boruchowitz*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:   November 17, 2020