**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jbeckstrom@maclaw.com
  *Attorneys for Defendant Nye County*
  *Sheriff's Office & David Boruchowitz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS. an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | Case Number:<br>2:20-cv-01919-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT NYE COUNTY SHERIFF'S OFFICE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO PARTIAL MOTION TO DISMISS [ECF NO. 18]**<br><br>*(First Request)* |

Defendant Nye County Sheriff's Office (hereinafter "Defendant"), and Plaintiff Angela Evans, by and through their respective counsel of record, hereby stipulate to the following:

1. The Parties hereby stipulate and agree that Defendant shall have an additional seven (7) days to file their Reply to Plaintiff's Opposition to Defendant's Partial Motion to Dismiss.

2. Defendant filed its Partial Motion to Dismiss on November 12, 2020 (ECF No. 7) and Plaintiff filed her Opposition on December 4, 2020 (ECF No. 18).

MAC:11779-123  12/11/2020 12:59 PM

3. The current deadline to Reply to Plaintiff's Opposition to Defendant's Partial Motion to Dismiss is December 11, 2020 and the requested extension would make the new deadline be December 18, 2020.

2. This extension is the first request and is made in good faith and is not for the purpose of delay.

**IT IS SO STIPULATED.**

| Dated this 11th day of December, 2020. | Dated this 11th day of December, 2020. |
|---|---|
| **MARQUIS AURBACH COFFING** | **LAGOMARSINO LAW** |
| By: */s/ James A. Beckstrom* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> James A. Beckstrom, Esq. <br> Nevada Bar No. 14032 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> *Attorneys for Defendants* | By: */s/ Cory M. Ford* <br> Andre M. Lagomarsino, Esq. <br> Nevada Bar No. 6711 <br> Cory M. Ford, Esq. <br> Nevada Bar No. 15042 <br> 3005 W. Horizon Ridge Pkwy., #241 <br> Henderson, NV 89052 <br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE

DATED: December 14, 2020