LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS, individually;<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | CASE NO.: 2:20-cv-01919-RFB-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>**(Fourth Request)** |

Pursuant to LR IA 6-1, 6-2, and LR II 26-4, Plaintiff ANGELA EVANS and Defendants NYE COUNTY and DAVID BORUCHOWITZ ("the parties"), through their respective attorneys of record, hereby stipulate to briefly continuing the discovery deadlines in this matter. This is the fourth request for an extension to the Discovery Plan and Scheduling Order. The requested extension is sought in good faith and not for purposes of undue delay.

In accordance with the Court's direction following the discovery hearing held on January 5, 201 (ECF No. 26), the instant case ("NC case") has been coordinated with Case No. 2:20-cv-00986-RFB-VCF ("VEA case") for purposes of discovery. The cases have not been formally consolidated. Plaintiff's counsel in the VEA Case recently filed a *Motion to Extend Time* (ECF No. 58) seeking an open discovery extension until the Court rules on the parties' Motions for Protective Order filed in the VEA case (ECF No. 50; ECF No. 52).

However, the parties in this NC case wish to proceed to trial, rather than await any extended discovery deadlines in the VEA case. As such, the parties in this NC case are submitting this Stipulation for a short discovery extension as it pertains to the NC case only. While this creates a separation of deadlines between this NC case and the VEA case, the parties still reserve the right to utilize evidence produced in the VEA case, subject to the rules of evidence.

## I. DISCOVERY COMPLETED TO DATE

The parties have completed the following discovery:

- Plaintiff has provided her initial disclosures and twelve (12) supplements thereto;
- Defendants have provided their initial disclosures and eleven (11) supplements thereto;
- Plaintiff has propounded several sets of written discovery to Defendants and Defendants have responded;
- Defendants have propounded a set of written discovery to Plaintiff and Plaintiff has responded;
- Plaintiff has disclosed her retained expert witnesses;
- Plaintiff has been deposed;
- Defendant Boruchowitz has been deposed;
- Four (4) percipient witnesses have been deposed; and
- Plaintiff's expert Scott A. DeFoe is scheduled to be deposed on July 26, 2021.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

- Rebuttal expert disclosures;
- Depositions of the parties' experts;
- Additional written discovery;
- Depositions of lay witnesses; and
- Deposition of Defendant NYE COUNTY's FRCP 30(b)(6) Witness.

## III. REASONS FOR EXTENSION TO COMPLETE DISCOVERY

This short extension is necessary to allow both parties ample time to complete all appropriate discovery. Specifically, additional time is needed to complete additional written discovery as well as notice and take depositions.

The parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals and in consideration of current restrictions in place that have affected the parties' availability, witness availability, and undersigned counsel's availability.

## IV. PROPOSED REVISED DISCOVERY PLAN

1. <u>Discovery Cut-Off Deadline</u>

The discovery cut-off deadline shall be extended from July 9, 2021 to **Wednesday, August 11, 2021**.

2. <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>

The deadline was previously extended to July 12, 2021 (ECF No. 42). The parties do not seek further extension of this deadline.

3. <u>Dispositive Motions Deadline</u>

The deadline to file dispositive motions shall be extended from August 9, 2021 to **Monday, October 4, 2021**.

4. <u>Joint Pretrial Order Deadline</u>

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed thirty (30) days after the date set for filing dispositive motions, and therefore, not later than **Wednesday, November 3, 2021.** In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065

In accordance with Local Rule 26-4, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

Accordingly, the parties stipulate, subject to approval of this Court, to the following new proposed deadlines:

|  | Current Deadline | **Revised Deadline** |
|---|---|---|
| Discovery Cut-Off | July 9, 2021 | **August 11, 2021** |
| Dispositive Motions | August 9, 2021 | **October 4, 2021** |
| Joint Pretrial Order | September 10, 2021 | **November 3, 2021** |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**IT IS SO STIPULATED.**

DATED this 29th day of June, 2021.                    DATED this 29th day of June, 2021.

**LAGOMARSINO LAW**                                    **MARQUIS AURBACH COFFING**

  /s/ Andre M. Lagomarsino                              /s/ James A. Beckstrom
ANDRE M. LAGOMARSINO, ESQ. (#6711)    CRAIG R. ANDERSON, ESQ. (#6882)
CORY M. FORD, ESQ. (#15042)                    JAMES A. BECKSTROM, ESQ. (#14032)
*Attorneys for Plaintiff Angela Evans*              *Attorneys for Defendants*
                                                                           *Nye County and David Boruchowitz*

**IT IS SO ORDERED.**

Dated: 6-30-2021 _____.

_____
UNITED STATES MAGISTRATE JUDGE