**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jbeckstrom@maclaw.com
*Attorneys for Defendant Nye County*
*Sheriff's Office & David Boruchowitz*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS. an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY ELECTRIC ASSOCIATION, INC.;<br>DOES I through X; and ROE Corporations XI<br>through XX, inclusive,<br><br>Defendant. | Case Number:<br>2:20-cv-00986-RFB-VCF<br><br>Consolidated with:<br>2:20-cv-01919-APG-DJA |
| ANGELA EVANS,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY SHERIFF'S OFFICE, a political<br>subdivision of the State of Nevada; DAVID<br>BORUCHOWITZ, individually,<br><br>Defendants. | |

## STIPULATION AND ORDER TO ALLOW ATTORNEY JAMES BECKSTROM TO APPEAR TELEPHONICALLY/ZOOM FOR HEARING ON JULY 22, 2021

The Parties in Case No. 2:20-cv-01919-RFB-VCF ("NC case") and in Case No. 2:20-cv-00986-RFB-VCF ("VEA case"), by and through their respective attorneys of record, hereby stipulate to allow attorney James A. Beckstrom, Esq. to appear telephonically for the in-person

MAC:11779-161 7/12/2021 10:07 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1   hearing set on July 22, 2021 at 1:00 p.m. (ECF No. 44). This request is sought in good faith from

2   this Honorable Court.

3       Mr. Beckstrom has a personal scheduling conflict involving childcare arrangements that

4   would make an in-person appearance difficult. Mr. Beckstrom does not intend to make any

5   substantive arguments as the Motions at issue pertain mainly to arguments between VEA and

6   Plaintiff's employment counsel. Mr. Beckstrom has not filed a responsive pleading relevant to

7   the Motions. Therefore, the parties stipulate to allow attorney James A. Beckstrom, Esq. to

8   appear telephonically for the in-person hearing set on July 22, 2021 at 1:00 p.m.

9       IT IS SO STIPULATED.

10

11  Dated this 12th day of July, 2021.              Dated this 12th day of July, 2021.

12  MARQUIS AURBACH COFFING                          LAGOMARSINO LAW

13  By: */s/ James A. Beckstrom*_____     By: */s/ Andre M. Lagomarsino*_____
        Craig R. Anderson, Esq.                         Andre M. Lagomarsino, Esq.
14      Nevada Bar No. 6882                             Nevada Bar No. 6711
        James A. Beckstrom, Esq.                        Cory M. Ford, Esq.
15      Nevada Bar No. 14032                            Nevada Bar No. 15042
        10001 Park Run Drive                            3005 W. Horizon Ridge Pkwy., #241
16      Las Vegas, Nevada 89145                         Henderson, NV 89052
        *Attorneys for Defendants Nye County*           *Attorneys for Plaintiff*
17      *& David Boruchowitz*

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

MAC:11779-161 7/12/2021 10:07 AM

Dated this 12th day of July, 2021.

GABROY LAW OFFICES

By: */s/ Christian Gabroy*
    Christian Gabroy, Esq.
    Nevada Bar No. 8805
    Kaine Messer, Esq.
    Nevada Bar No. 14240
    The District at Green Valley Ranch
    170 South Green Valley Pkwy., Ste 280
    Henderson, NV 89012

THE SANFORD FIRM
    Brian J. Sanford, Esq.
    (*Pro Hac Vice*)
    Elizabeth J. Sanford, Esq.
    (*Pro Hac Vice*)
    1910 Pacific Ave., Suite 15400
    Dallas, TX 75201
    *Attorneys for Plaintiff*

Dated this 12th day of July, 2021.

FENNEMORE CRAIG, P.C.

By: */s/ Shannon Pierce*
    Shannon S. Pierce, Esq.
    Nevada Bar No. 12471
    Wade Beavers, Esq.
    Nevada Bar No. 13451
    7800 Rancharrah Pkwy.
    Reno, NV 89511
    *Attorneys for Valley Electric*
    *Association, Inc.*

## ORDER

**IT IS SO ORDERED.**

DATED: 7-12-2021

_____
U.S. MAGISTRATE JUDGE

    The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

MAC:11779-161 7/12/2021 10:07 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816