| | |
|---|---|
| 1 | THE SANFORD FIRM |
| | Brian P. Sanford |
| 2 | *Pro Hac Vice* |
| | 1910 Pacific Ave., Suite 15400 |
| 3 | Dallas, Texas 75201 |
| | Tel   (214) 717-6653 |
| 4 | Fax  (214) 919-0113 |
| | bsanford@sanfordfirm.com |
| 5 | |
| | GABROY LAW OFFICES |
| 6 | Christian Gabroy (#8805) |
| | Kaine Messer (#14240) |
| 7 | The District at Green Valley Ranch |
| | 170 South Green Valley Parkway, Suite 280 |
| 8 | Henderson, Nevada 89012 |
| | Tel   (702) 259-7777 |
| 9 | Fax  (702) 259-7704 |
| | christian@gabroy.com |
| 10 | kmesser@gabroy.com |

*Attorneys for Plaintiff Angela Evans*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS, an individual; | Case No. 2:20-CV-00986-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO ALLOW ATTORNEYS BRIAN SANFORD AND ELIZABETH SANFORD TO APPEAR TELEPHONICALLY/ZOOM FOR HEARING SET ON JULY 22, 2021** |
| VALLEY ELECTRIC ASSOCIATION, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive, | |
| Defendant. | |

The Parties in Case No. 2:20-CV-00986-RFB-VCF ("VEA Case") and in Case No. 2:20-CV-01919-RFB-VCF ("NC Case") by and through their respective attorneys of record, hereby stipulate to allow attorneys Brian Sanford and Elizabeth "BB" Sanford to appear telephonically for the in-person hearing set on July 22, 2021 at 1:00pm (ECF No. 44). This request is sought in good faith from this Honorable Court.

In the VEA Case, the wrongful termination matter, Plaintiff Angela Evans is represented by both The Sanford Firm, Brian Sanford, Esq. and Elizabeth Sanford,

Esq., which is based in Texas and which is respectfully admitted *pro hac vice*. Plaintiff Angela Evans is also represented by Gabroy Law Offices, Christian Gabroy, Esq. and his partner Kaine Messer, Esq. with their newly bar passed Attorney Dominique Bosa-Edwards. This Honorable Court scheduled our in-person hearing set for July 22, 2021. (ECF No. 44).

Christian Gabroy, Esq. and Kaine Messer, Esq. will be in personal attendance on July 22, 2001 and look forward to their first in-person hearing since the commencement of the pandemic.

In order to not have to expend Plaintiff's costs and expenses required for travelling during the pandemic, the Sanford Firm, Brian Sanford, Esq. and Elizabeth Sanford, Esq., respectfully requests to appear via Zoom and/or telephone at the Court's indulgence for this hearing.

Therefore, the parties stipulate to allow attorneys Brian Sanford and BB Sanford to appear telephonically/Zoom for the hearing set on July 22, 2021 at 1:00 pm.

**IT IS SO STIPULATED.**

DATED this day of 8th July, 2021.

**THE SANFORD FIRM**

/s/ *Brian P. Sanford*

**THE SANFORD FIRM**
BRIAN SANFORD, ESQ. (*Pro Hac Vice*)
ELIZABETH SANFORD, ESQ. (*Pro Hac Vice*)
*Attorneys for Plaintiff Angela Evans in Case No. 2:20-cv-00986-RFB-VCF*

**GABROY LAW OFFICES**

CHRISTIAN GABROY, ESQ. (#8805)
KAINE MESSER, ESQ. (#14240)

**LAGOMARSINO LAW**

/s/ *Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
*Attorneys for Plaintiff Angela Evans*

DATED this 8th day of July, 2021.

**MARQUIS AURBACH COFFING**

/s/ *James A. Beckstrom*

CRAIG R. ANDERSON, ESQ. (#6882)
JAMES A. BECKSTROM, ESQ. (#14032)
*Attorneys for Defendants Nye County and David Boruchowitz in Case No. 2:20-cv-01919-RFB-VCF*

DATED this 7th day of July, 2021.

**FENNEMORE CRAIG, P.C.**

/s/ *Shannon S. Pierce*

SHANNON S. PIERCE, ESQ. (#12471)
WADE BEAVERS, ESQ. (#13451)
*Attorneys for Defendant Valley Electric Association, Inc. in Case No. 2:20-cv-00986-RFB-VC*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATE** 7-12-2021