**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS, individually;<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | CASE NO.:   2:20-cv-01919-RFB-VCF |
| ANGELA EVANS,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY ELECTRIC ASSOCIATION, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | CASE NO.:   2:20-cv-00986-RFB-VCF<br><br>**STIPULATION AND ORDER TO ALLOW ATTORNEY ANDRE M. LAGOMARSINO, ESQ. TO APPEAR TELEPHONICALLY FOR HEARING SET ON JULY 22, 2021** |

The Parties in Case No. 2:20-cv-01919-RFB-VCF ("NC case") and in Case No. 2:20-cv-00986-RFB-VCF ("VEA case"), by and through their respective attorneys of record, hereby stipulate to allow attorney Andre M. Lagomarsino, Esq. to appear telephonically for the in-person hearing set on July 22, 2021 at 1:00 p.m. (ECF No. 44). This request is sought in good faith.

. . .

Lagomarsino Law is a two-attorney firm and on the date of this hearing, Mr. Lagomarsino will be in New York and Mr. Cory Ford will be in a deposition on another case. Mr. Lagomarsino does not intend to make any substantive arguments as the Motions to be heard pertain mainly to the VEA case and not the NC case where he represents the Plaintiff. Therefore, the parties stipulate to allow attorney Andre M. Lagomarsino, Esq. to appear telephonically for the in-person hearing set on July 22, 2021 at 1:00 p.m.

**IT IS SO STIPULATED.**

DATED this 6th day of July, 2021.

**LAGOMARSINO LAW**

/s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
*Attorneys for Plaintiff Angela Evans
in Case No. 2:20-cv-01919-RFB-VCF*

DATED this 6th day of July, 2021.

**GABROY LAW OFFICES**

/s/ Christian Gabroy
CHRISTIAN GABROY, ESQ. (#8805)
KAINE MESSER, ESQ. (#14240)

**THE SANFORD FIRM**
BRIAN SANFORD, ESQ. (*Pro Hac Vice*)
ELIZABETH SANFORD, ESQ. (*Pro Hac Vice*)
*Attorneys for Plaintiff Angela Evans
in Case No. 2:20-cv-00986-RFB-VCF*

DATED this 6th day of July, 2021.

**MARQUIS AURBACH COFFING**

/s/ James A. Beckstrom
CRAIG R. ANDERSON, ESQ. (#6882)
JAMES A. BECKSTROM, ESQ. (#14032)
*Attorneys for Defendants
Nye County and David Boruchowitz
in Case No. 2:20-cv-01919-RFB-VCF*

DATED this 6th day of July, 2021.

**FENNEMORE CRAIG, P.C.**

/s/ Shannon S. Pierce
SHANNON S. PIERCE, ESQ. (#12471)
WADE BEAVERS, ESQ. (#13451)
*Attorneys for Defendant
Valley Electric Association, Inc.
in Case No. 2:20-cv-00986-RFB-VCF*

**IT IS SO ORDERED.**

Dated: 7-6-2021 _____.

_____
UNITED STATES MAGISTRATE JUDGE

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065