```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


ANGELA EVANS, an individual,      )
                                  )
        Plaintiff,                )  Case No. 2:20-cv-00986-RFB-VCF
                                  )
        vs.                       )  Consolidated with:
                                  )  Case No. 2:20-cv-01919-APG-DJA
VALLEY ELECTRIC ASSOCIATION,      )
INC..; DOES I through X; and      )
ROE Corporations XI through       )
XX, inclusive,                    )     ORDER TEMPORARILY
                                  )      UNSEALING NOTES
        Defendant.                )
_____ )
                                  )
ANGELA EVANS, an individual,      )
                                  )
        Plaintiff,                )
                                  )
        vs.                       )
                                  )
NYE COUNTY SHERIFF'S OFFICE,      )
a political subdivision of        )
the State of Nevada; DAVID        )
BORUCHOWITZ, individually,        )
                                  )
        Defendants.               )
_____ )
```

        On Friday, August 6, 2021, Samantha N. McNett, Transcriber, received a Transcript Order form requesting a transcript of the Motion hearing, held on Thursday, July 22, 2021, from Shannon Pierce, Esq., in which a portion of the hearing was sealed.

        **IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Shannon

```
 1  Pierce, Esq.
 2         IT IS FURTHER ORDERED that the sealed transcript shall
 3  thereafter be resealed, and a certified copy of the transcript
 4  be delivered to the Clerk pursuant to 28, U.S.C., Section
 5  753(b), until further order of this Court.
 6         IT IS FURTHER ORDERED that the receiving party shall
 7  not disclose the sealed contents of the transcript of the
 8  proceeding to anyone other than the representatives of the
 9  parties directly concerned with this case.
10         DATED this  9th   day of  August  , 2021.
11
12                                _____
13                                 Cam Ferenbach
                                   United States Magistrate Judge
14
                                      * * *
15
16
17
18
19
20
21
22
23
24
25
```