**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jbeckstrom@maclaw.com
  *Attorneys for Defendants Nye County*
  *& David Boruchowitz*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS. an individual,<br><br>                    Plaintiff,<br>    vs.<br><br>VALLEY ELECTRIC ASSOCIATION, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br>                    Defendant. | Case Number:<br>2:20-cv-00986-RFB-VCF<br><br>Consolidated for discovery only with:<br>2:20-cv-01919-APG-DJA |
| ANGELA EVANS,<br>                    Plaintiff,<br>    vs.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>                    Defendants. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br>**(First Request)** |

Plaintiff ANGELA EVANS and Defendants NYE COUNTY and DAVID BORUCHOWITZ ("the parties"), through their respective attorneys of record, hereby stipulate to continue the dispositive motion deadline in this matter. The instant case ("NC case") has been coordinated with Case No. 2:20-cv-00986-RFB-VCF ("VEA case") for purposes of discovery. The cases have not been formally consolidated. Counsel in the NC previously stipulated to continue deadlines to advance the case closer to trial, without waiting for the parties in the VEA case, who had extensive discovery left to complete. Discovery in the NC case closed on August 11, 2021.

The Parties, by and through their respective counsel of record, hereby stipulate to the following:

1. The parties hereto agree to extend the current dispositive motion deadline thirty days from October 4, 2021 to <u>November 4, 2021</u>.

2. Currently the last day to file a Joint Pretrial Order is November 3, 2021. In the event dispositive motion are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motion or upon further Order by the Court extending the time period in which to file the Joint Pretrial Order.

3. This extension is sought based on continuing discovery in the VEA case, which the parties in the NC case continue to monitor and which could have an impact on dispositive motions filed in the NC case. The requested extension is sought in good faith and not for purposes of undue delay.

**IT IS SO STIPULATED.**

Dated this 20th day of September, 2021.

**MARQUIS AURBACH COFFING**

By: */s/ James A. Beckstrom*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

Dated this 20th day of September, 2021.

**LAGOMARSINO LAW**

By: */s/ Andre M. Lagomarsino*
Andre M. Lagomarsino, Esq.
Nevada Bar No. 6711
Cory M. Ford, Esq.
Nevada Bar No. 15042
3005 W. Horizon Ridge Pkwy., #241
Henderson, NV 89052
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.



RICHARD E. BOULWARE, II
United States District Court

DATED this 21st day of September, 2021.

MAC:11779-161  9/20/2021 11:32 AM