1  **LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
2  CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
3  Henderson, Nevada 89052
Telephone: (702) 383-2864
4  Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
5  cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

6

## UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8

9  ANGELA EVANS, individually;

10            Plaintiff,

11       v.

12  NYE COUNTY, a political subdivision of the
State of Nevada; DAVID BORUCHOWITZ,
13  individually,

14            Defendants.

15  ANGELA EVANS,

16            Plaintiff,

17       vs.

18  VALLEY ELECTRIC ASSOCIATION, INC.;
DOES I through X; and ROE Corporations XI
19  through XX, inclusive,

20            Defendants.

CASE NO.:    2:20-cv-00986-RFB-VCF

Consolidated for discovery only with:
CASE NO.:    2:20-cv-01919-RFB-VCF

**STIPULATION AND ORDER TO VACATE
THE JOINT PRETRIAL ORDER DEADLINE**

21       Plaintiff ANGELA EVANS and Defendants NYE COUNTY and DAVID

22  BORUCHOWITZ ("the Parties"), by and through their respective attorneys of record, hereby

23  stipulate to vacate the current Joint Pretrial Order deadline in this matter.

24       WHEREAS, on September 21, 2021, the Court granted the Parties request for an extension

25  of the dispositive motion deadline to November 4, 2021. However, the Joint Pretrial Order

*(left margin vertical text)* LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

1    ("JPTO") deadline remained set for November 3, 2021. (ECF No. 58).

2         WHEREAS, defense counsel has indicated they will be filing a dispositive motion for

3    summary judgment by the currently set deadline of November 4, 2021.

4         WHEREAS, the current JPTO deadline of November 3, 2021 only applies if dispositive

5    motions are not filed and can be extended by Order of the Court. (ECF No. 58 at 2:5-8).

6         IT IS HEREBY STIPULATED, for the purposes of judicial economy, that the JPTO

7    deadline shall be vacated.

8         **IT IS SO STIPULATED.**

9    DATED this 1st day of November, 2021.      DATED this 1st day of November, 2021.

10   **LAGOMARSINO LAW**                          **MARQUIS AURBACH COFFING**

11    /s/ Andre M. Lagomarsino                     /s/ James A. Beckstrom
     ANDRE M. LAGOMARSINO, ESQ. (#6711)       CRAIG R. ANDERSON, ESQ. (#6882)
12   CORY M. FORD, ESQ. (#15042)              JAMES A. BECKSTROM, ESQ. (#14032)
     *Attorneys for Plaintiff Angela Evans*    *Attorneys for Defendants*
13   *in Case No. 2:20-cv-01919-RFB-VCF*       *Nye County and David Boruchowitz*
                                                *in Case No. 2:20-cv-01919-RFB-VCF*
14

15        **IT IS SO ORDERED.**

          Dated:  11-5-2021
16                _____ .

                                                 _____
17                                               UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065