**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA EVANS, individually;<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | CASE NO.:   2:20-cv-00986-RFB-VCF<br><br>Consolidated for discovery only with:<br>CASE NO.:   2:20-cv-01919-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING DEADLINES REGARDING DEFENDANTS NYE COUNTY AND DAVID BORUCHOWITZ'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 63)** |
| ANGELA EVANS,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY ELECTRIC ASSOCIATION, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | |

Plaintiff ANGELA EVANS and Defendants NYE COUNTY and DAVID BORUCHOWITZ ("the Parties"), by and through their respective attorneys of record, hereby stipulate to extend the briefing deadlines regarding *Defendants Nye County and David Boruchowitz's Motion for Summary Judgment* (ECF No. 63).

. . .

1   WHEREAS, on November 3, 2021, the Court granted the Parties request for an extension of

2   the dispositive motion deadline to November 12, 2021, with Plaintiff's response being due

3   December 13, 2021 (ECF No. 78).

4   WHEREAS, good cause exists to extend this deadline as (1) Plaintiff's counsel is preparing

5   for multiple depositions between now and the beginning of next year, (2) Plaintiff's counsel is

6   experiencing staffing issues related to holiday vacation time of staff participating in this case, and

7   (3) Plaintiff's counsel also has out-of-town familial holiday obligations from December 19, 2021 to

8   January 1, 2022.

9   IT IS HEREBY STIPULATED that Plaintiff shall have up to, and including, December 28,

10  2021 to file her Response to Defendants' Motion (ECF No. 63).

11  IT IS HEREBY FURTHER STIPULATED that Defendants shall have up to, and including,

12  January 18, 2021 to file their reply in support of their Motion (ECF No. 63).

13  **IT IS SO STIPULATED.**

14  DATED this 7th day of December, 2021.           DATED this 7th day of December, 2021.

15  **LAGOMARSINO LAW**                              **MARQUIS AURBACH COFFING**

16   /s/ Andre M. Lagomarsino                        /s/ James A. Beckstrom
    ANDRE M. LAGOMARSINO, ESQ. (#6711)              CRAIG R. ANDERSON, ESQ. (#6882)
17  CORY M. FORD, ESQ. (#15042)                     JAMES A. BECKSTROM, ESQ. (#14032)
    *Attorneys for Plaintiff Angela Evans*          *Attorneys for Defendants*
18  *in Case No. 2:20-cv-01919-RFB-VCF*             *Nye County and David Boruchowitz*
                                                    *in Case No. 2:20-cv-01919-RFB-VCF*
19

20  **IT IS SO ORDERED.**

    Dated:  December 7, 2021
21
                                                    
22                                                  RICHARD F. BOULWARE, II
                                                    United States District Court
23

24

25