**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA EVANS, individually;<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | CASE NO.:   2:20-cv-01919-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br>**(First Request)** |

Pursuant to LR IA 6-1, Plaintiff ANGELA EVANS and Defendant DAVID BORUCHOWITZ ("the Parties"), by and through their respective attorneys of record, hereby stipulate to extend the joint pretrial order ("JPTO") deadline for a period of sixty (60) days.

WHEREAS, on November 3, 2021, the Court granted the Parties request for an extension of the dispositive motion deadline, which also suspended the JPTO deadline until thirty (30) days after decision on the dispositive motion (ECF No. 62).

WHEREAS this Court entered its decision regarding the dispositive motion on January 23, 2023[1] (ECF No. 84), making the JPTO due on February 22, 2023.

. . .

---

[1] The Order itself is signed and dated January 19, 2023, but it was not delivered to the Parties through the CM/ECF system until January 23, 2023.

WHEREAS the Parties are discussing potential resolution options and would like to limit fees and costs expended prior to any potential resolutions, if any.

IT IS HEREBY STIPULATED that the Parties shall have up to, and including, April 24, 2023 to file their JPTO.

**IT IS SO STIPULATED.**

DATED this 8th day of February, 2023.          DATED this 8th day of February, 2023.

**LAGOMARSINO LAW**                               **MARQUIS AURBACH COFFING**

 /s/ Andre M. Lagomarsino                         /s/ Craig R. Anderson
ANDRE M. LAGOMARSINO, ESQ. (#6711)    CRAIG R. ANDERSON, ESQ. (#6882)
CORY M. FORD, ESQ. (#15042)                   10001 Park Run Drive
3005 W. Horizon Ridge Pkwy., #241             Las Vegas, Nevada 89145
Henderson, Nevada 89052                          Telephone: (702) 382-0711
Telephone: (702) 383-2864                         Facsimile: (702) 382-5816
Facsimile: (702) 383-0065                         *Attorney for Defendant David Boruchowitz*
*Attorneys for Plaintiff Angela Evans*

**IT IS SO ORDERED.**

Dated: February 9, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE