MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant David Boruchowitz*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS, individually,<br><br>    Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWTZ, individually,<br><br>    Defendants. | Case No.: 2:20-01919-RFB-VCF<br><br>**SUBSTITUTION OF ATTORNEYS** |

    Defendant David Boruchowitz substitutes Dan McNutt, Esq., and Matthew Wolf, Esq., of the MCNUTT LAW FIRM, P.C., whose address is 11441 Allerton Park Drive, Suite 100, Las Vegas, Nevada 89135, telephone number (702) 384-1170, as attorney of record in place and stead of Craig Anderson, Esq. of MARQUIS AURBACH COFFING.

///

///

///

1

1     I hereby consent to the above substitution.

2         DATED July 10, 2023.

3                                        DAVID BORUCHOWITZ

4                                        */s/ David Boruchowitz*

5         DATED July 10, 2023.

6

7                                        MARQUIS AURBACH COFFING

8                                        */s/ Craig Anderson*
                                          Craig Anderson, Esq., Bar No. 6882

9                                        10001 Park Run Drive
                                       Las Vegas, Nevada 89145

10

11        DATED July 10, 2023.

12                                        MCNUTT LAW FIRM, P.C.

13                                        */s/ Dan McNutt*

14                                        Daniel R. McNutt, Esq., Bar No. 7815
                                       Matthew C. Wolf, Esq., Bar No. 10801

15                                        11441 Allerton Park Drive, #100
                                       Las Vegas, Nevada 89135

16                                        *Counsel for Defendant David Boruchowitz*

17

18

19

20                                        IT IS SO ORDERED.

21

22                                        _____

23                                        Cam Ferenbach
                                       United States Magistrate Judge

24                                        DATED ___7-11-2023_____

25

26

27

28

2

## CERTIFICATE OF SERVICE

The undersigned is an employee of McNutt Law Firm, P.C. and certifies that under Fed. R. Civ. P. 5, on July 10, 2023, I served a true and correct copy of **SUBSTITUTION OF ATTORNEYS** by mailing a copy by United States Postal Service, postage prepaid, via email, or via electronic mail through the United States District Court's CM/ECF system to the e-mail addresses provided on the e-service list.

*/s/ Lisa Heller*
An Employee of McNutt Law Firm, P.C.