**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS, individually;<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | CASE NO.:   2:20-cv-01919-RFB-VCF<br><br>**STIPULATION AND ORDER TO (1) EXTEND JOINT PRETRIAL ORDER DEADLINE and (2) TO ALLOW PLAINTIFF TO SUBSTITUTE HER EXPERT**<br>**(Second Request)** |

Pursuant to LR IA 6-1, Plaintiff and Defendants ("the Parties"), by and through their respective attorneys of record, hereby stipulate to extend the joint pretrial order ("JPTO") deadline for a period of one hundred and twenty (120) days and to allow Plaintiff to substitute her expert.

On July 26, 2023, the Parties participated in a Settlement Conference and a settlement was not reached. The Court thereafter ordered the Parties to file a Proposed Joint Pretrial Order on or before August 25, 2023 (ECF No. 95).

Additionally, Plaintiff's economist, Dr. Terrance M. Clauretie, recently passed away. Plaintiff will need to locate and retain a new economist to replace Dr. Clauretie. The new economist will not opine to damage in excess of what Dr. Clauretie previously opined. Furthermore, the Parties agree that Defendants may depose the new economist after he or she is disclosed.

Plaintiff's counsel has a twenty-five (25) day trial set in the Los Angeles Superior Court, starting on August 1, 2023, and a ten (10) day trial immediately following on September 12, 2023,

in the U.S. District Court of Nevada. The totality of Plaintiff's counsel's unavailability calls for an extended period to ensure that all JPTO matters are properly handled.

IT IS HEREBY STIPULATED that the Parties shall have up to, and including, December 26, 2023[1] to file the JPTO.

IT IS HEREBY FURTHER STIPULATED that Plaintiff shall have up to, and including, October 24, 2023 to disclose a new economist to Defendants.

IT IS HEREBY FURTHER STIPULATED Defendant Nye County remains a party to the case under Plaintiff's Third Claim for Relief, Nevada state law false arrest.

**IT IS SO STIPULATED.**

DATED this 1st day of August, 2023.

**LAGOMARSINO LAW**

/s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff Angela Evans*

DATED this 1st day of August, 2023.

**MARQUIS AURBACH**

/s/ Craig R. Anderson
CRAIG R. ANDERSON, ESQ. (#6882)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
*Attorney for Defendant Nye County*

DATED this 1st day of August, 2023.

**MCNUTT LAW FIRM, P.C.**

/s/ Daniel R. McNutt
DANIEL R. MCNUTT, ESQ. (#7815)
MATTHEW C. WOLF, ESQ. (#10801)
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Telephone: (702) 384-1170
*Attorneys for Defendant David Boruchowitz*

**IT IS SO ORDERED.**

Dated: August 4, 2023

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline falls on December 23, 2023, which is a Saturday. As a result, this deadline extends to the next court day of Tuesday, December 26, 2023 by operation of FRCP.