**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS, individually;<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | CASE NO.: 2:20-cv-01919-RFB-EJY<br><br>**NOTICE OF SETTLEMENT** |

The Parties, by and through their counsel of record, hereby provide NOTICE to the Court that the above-entitled matter has settled. Dismissal documents shall be filed by January 11, 2024.

DATED this 18th day of December, 2023.

**LAGOMARSINO LAW**

  /s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff Angela Evans*

**MARQUIS AURBACH**

  /s/ Craig R. Anderson
CRAIG R. ANDERSON, ESQ. (#6882)
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendant Nye County*

**MCNUTT LAW FIRM, P.C.**

  /s/ Daniel R. McNutt
DANIEL R. MCNUTT, ESQ. (#7815)
MATTHEW C. WOLF, ESQ. (#10801)
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
*Attorneys for Defendant David Boruchowitz*

Page 1 of 1