**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS, individually;<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | CASE NO.:   2:20-cv-01919-RFB-VCF<br><br>**STIPULATION AND ORDER**<br>**TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their undersigned counsel of record, that the above-captioned case shall be dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 3rd day of January, 2024.    DATED this 3rd day of January, 2024.

**LAGOMARSINO LAW**                        **MARQUIS AURBACH**

  /s/ Andre M. Lagomarsino                   /s/ Craig R. Anderson
ANDRE M. LAGOMARSINO, ESQ. (#6711)   CRAIG R. ANDERSON, ESQ. (#6882)
CORY M. FORD, ESQ. (#15042)          *Attorney for Defendant Nye County*
*Attorneys for Plaintiff Angela Evans*

DATED this 3rd day of January, 2024.

**MCNUTT LAW FIRM, P.C.**

  /s/ Daniel R. McNutt
DANIEL R. MCNUTT, ESQ. (#7815)
MATTHEW C. WOLF, ESQ. (#10801)
*Attorneys for Defendant David Boruchowitz*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE